Certificate Number: 14912-PAM-DE-036785502

Bankruptcy Case Number: 22-01061


14912-PAM-DE-036785502

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2022, at 5:37 o'clock PM EDT, Brian Chatfield completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 25, 2022

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor