# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   BRIAN MICHAEL CHATFIELD

                            Debtor(s)

JACK N. ZAHAROPOULOS                    CHAPTER 13
CHAPTER 13 TRUSTEE
                            Movant
vs.
BRIAN MICHAEL CHATFIELD

                                        CASE NO: 1-22-01061-HWV
                            Respondent(s)


### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 23, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    January 23, 2023                 Respectfully submitted,

                                           /s/    Douglas R. Roeder, Esquire
                                           ID:  80016
                                           Attorney for Movant
                                           Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA 17036
                                           Phone:  (717) 566-6097
                                           email:  droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   BRIAN MICHAEL CHATFIELD

                      Debtor(s)

JACK N. ZAHAROPOULOS               CHAPTER 13
CHAPTER 13 TRUSTEE
                 Movant

vs.

BRIAN MICHAEL CHATFIELD

                                  CASE NO: 1-22-01061-HWV

               Respondent(s)

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

        February 22, 2023 at 09:35 AM
        Bankruptcy Courtroom
        Ronald Reagan Federal Bldg
        3rd Floor, 228 Walnut Street
        Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
       **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 600.00**
       **AMOUNT DUE FOR THIS MONTH:  $200.00**
       **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $800.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    January 23, 2023

Respectfully submitted,

/s/   Douglas R. Roeder, Esquire
ID:  80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:  BRIAN MICHAEL CHATFIELD

                                    Debtor(s)

JACK N. ZAHAROPOULOS                          CHAPTER 13
CHAPTER 13 TRUSTEE
                                    Movant

vs.

BRIAN MICHAEL CHATFIELD

                                              CASE NO: 1-22-01061-HWV

                                    Respondent(s)

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on January 23, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

LEONARD ZAGURSKIE, JR., ESQ
110 WEST MAIN AVENUE
1ST FLOOR
MYERSTOWN PA  17067-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA  17101

<u>Served by First Class Mail</u>

BRIAN MICHAEL CHATFIELD
118 S Park St
PO Box 191
Richland  PA  17087

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 23, 2023                    /s/  Matt Arcuri
                                           Office of the Standing Chapter 13 Trustee
                                           Jack N. Zaharopoulos
                                           Suite A, 8125 Adams Dr.
                                           Hummelstown, PA  17036
                                           Phone:  (717) 566-6097
                                           email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   BRIAN MICHAEL CHATFIELD

                                CHAPTER 13

          Debtor(s)

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                    Movant                    CASE NO: 1-22-01061-HWV

          vs.

          BRIAN MICHAEL CHATFIELD

**<u>ORDER DISMSSING CASE</u>**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.