United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01061-HWV |
| Brian Michael Chatfield | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Mar 15, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Richard L Sensenig Co, 183 S Market St, Ephrata, PA 17522-1298 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Brian Michael Chatfield lzaglaw.usa@startmail.com lzaglaw.usa@startmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Brian Michael Chatfield | : | |
| Debtor(s) | : | Bankruptcy No. 1:22-bk-01061-HWV |

### ORDER

**AND NOW**, upon consideration of the Debtor's Motion of the Debtor, Brian Michael Chatfield for a Wage Attachment Order, it is hereby:

**ORDERED** that Richard L Sensenig Co, 183 S Market St, Ephrata, PA 17522 the employer of the Debtor is hereby directed to deduct from the salary of Brian Michael Chatfield the sum of $92.31 from the Debtor's bi-weekly salary, commencing with the next pay period and continuing thereafter for the duration of the 60 months Chapter 13 Plan, and to remit the same to to Jack N Zaharopoulos, Esquire, Standing Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008, or make payments electronically through: TFS Bill Pay: https://www.tfsbillpay.com/.

**IT IS FURTHER ORDERED** that this is a voluntary wage deduction, and that a signed statement from the Debtor's attorney, Leonard Zagurskie, Jr., Esquire requesting that this voluntary wage attachment be terminated shall terminate this voluntary wage attachment.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 15, 2023