United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Brian Michael Chatfield<br>    Debtor | Case No. 22-01061-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Apr 29, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

**Recip ID          Recipient Name and Address**
+    Richard L. Sensenig Co., 183 S. Market St., Ephrata PA 17522-1298

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

**Name            Email Address**

Christopher A DeNardo
               on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com, cistewart@logs.com

Denise E. Carlon
               on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
               ecf_pahu_alt@trustee13.com

Leonard Zagurskie, Jr
               on behalf of Debtor 1 Brian Michael Chatfield lzaglaw.usa@startmail.com lzaglaw.usa@startmail.com

United States Trustee
               ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 13 |
| Brian Michael Chatfield | : | |
| Debtor | : | Bankruptcy No. 1:22-bk-01061-HWV |

### ORDER TERMINATING WAGE ATTACHMENT

Upon consideration of the Debtor's Motion to Terminate the Wage Attachment Order, Doc. 56, it is

**ORDERED** that the Motion is **GRANTED** and the Debtor's employer, Richard L Sensenig Co, 183 S Market St, Ephrata, PA 17522, is directed to terminate the bi-weekly salary deductions of $92.31 from Brian Michael Chatfield's wages, beginning with the next pay period.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 29, 2025